

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00307-CR

Christian **HART**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-05-00037-CRK
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2019.

_____
Beth Watkins, Justice